UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

November 22, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Marquis Valentee Tate, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-21-354 |
| | § | |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On October 13, 2021, Magistrate Judge Peter Bray recommended that the court grant Bobby Lumpkin's motion for summary judgment and dismiss Tate's petition for writ of habeas corpus with prejudice. (15) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November **22**, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge